IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20186
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EDWARDO GONZALEZ-RAMIREZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-543-1
--------------------
November 20, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Edwardo Gonzalez-Ramirez has
moved for leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967).  Gonzalez-Ramirez did
not file a response to counsel's motion to withdraw.  Our
independent review of counsel's brief and the record discloses no
nonfrivolous appellate issue.  Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH
CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.